**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6033**

FELIBERTO DIAZ,

Plaintiff - Appellant,

versus

JOHN DOE, Dr., Medical Administrator,
Utilization Review Board; PHILLIP E. STOVER,
Dr., Medical Administrator, North Carolina
Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard,
District Judge. (CA-04-677-5-H)

Submitted: May 31, 2005          Decided: June 27, 2005

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Feliberto Diaz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Feliberto Diaz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] See Diaz v. Doe, No. CA-04-677-5-H (E.D.N.C. Dec. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We note that, contrary to the district court's calculations, Diaz's complaint was timely filed. We base our affirmance on the alternative grounds cited by the court.

- 2 -